IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KEVIN H. ZANES, Defendant. | PO 21-05087-GF-JTJ  VIOLATION: 9711022  Location Code: M13  ORDER |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 9711022 (for a total of $75), and for good cause shown, IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation 9711022.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 4, 2020, is VACATED.

DATED this 2nd day of March, 2021.

John Johnston
United States Magistrate Judge